April 23, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

DEXTER EVANS, Appellant

NO. 14-14-00468-CV                    V.

EDGAR LINARES AND CLAUDIA BONILLA, Appellees

_____

This cause, an appeal from the judgment in favor of appellees, Edgar Linares and Claudia Bonilla, signed May 13, 2014, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Dexter Evans, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.